# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153979(74)

MARLETTE AUTO WASH, LLC,
      Plaintiff/Counterdefendant-
      Appellant,

v

VAN DYKE SC PROPERTIES, LLC,
      Defendant/Counterplaintiff-
      Appellee.

_____/

SC: 153979
COA: 326486
Sanilac CC: 14-035490-CH

On order of the Chief Justice, the motion of the Michigan Bankers Association and the Michigan Credit Union League to file a late brief amicus curiae is GRANTED. The amicus brief submitted on September 21, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2017



Clerk